Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of FLORIDA
ORLANDO Division

| | |
|---|---|
| JOSEPH M. MORTENSON, PRO. SE. <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> FULTON BOOKS, ANDREW BARNHART. C.E.O. & V.P, WARREN O. GRABB et.al. <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No |

FILED 2023 JUN -8 PM 3:04 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA ORLANDO, FL

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JOSEPH M. MORTENSON #4867699 |
| Street Address | 860 CAMP ROAD |
| City and County | COCOA, BREVARD |
| State and Zip Code | FLORIDA, 32927 |
| Telephone Number | |
| E-mail Address | |

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: FULTON BOOKS
  Job or Title (if known): PUBLISHER
  Street Address: 296 CHESTNUT ST.
  City and County: MEADVILLE
  State and Zip Code: PENNSYLVANIA - 16335
  Telephone Number: 877-210-0816
  E-mail Address (if known):

Defendant No. 2
  Name: ANDREW BARNHART
  Job or Title (if known): C.E.O. AND V.P. - FULTON BOOKS
  Street Address: 296 CHESTNUT ST.
  City and County: MEADVILLE
  State and Zip Code: PENNSYLVANIA - 16335
  Telephone Number: 877-210-0816
  E-mail Address (if known):

Defendant No. 3
  Name: WARREN O. CRABB
  Job or Title (if known):
  Street Address: 296 CHESTNUT ST
  City and County: MEADVILLE
  State and Zip Code: PENNSYLVANIA - 16335
  Telephone Number: NOT KNOWN
  E-mail Address (if known): Drcrabb@tcup.com / Mr.C's Life conciliation counselor@ Fb.com

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal question   ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 17 U.S.C. Sec.(s) 501 THROUGH 506; ART 1 SEC. 8 OF THE U.S. CONSTITUTION; ART III, SEC. 2 OF U.S. CONST; 17 U.S.C. SEC. 1204.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, (name) JOSEPH M. MORTENSON, is a citizen of the State of (name) FLORIDA.

    b. If the plaintiff is a corporation
       The plaintiff, (name) N/A, is incorporated under the laws of the State of (name) N/A, and has its principal place of business in the State of (name) N/A.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, (name) WARREN O. CRABB, is a citizen of the State of (name) PENNSYLVANIA. Or is a citizen of (foreign nation) _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) **Fulton Books**, is incorporated under the laws of the State of (name) **Pennsylvania**, and has its principal place of business in the State of (name) **Pennsylvania**.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) **Meadville PA**.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

THE RESPONDANT(S) / DEFENDANT(S) UNLAWFULLY PUBLISHED MY REGISTERED AND COPYRIGHTED MANUSCRIPT. WHICH ALSO INTERRUPTED AND CAUSED MY CONTRACT FOR THE PUBLICATION MANUSCRIPT TO BE PUT ON HOLD. COSTING ME IN-CALCULATEABLE AMOUNTS OF MONEY. TWO HUNDRED FIFTY THOUSAND DOLLARS

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

IN DECEMBER OF 2018, WARREN O. CRABB, STOLE MY FLASH-DRIVE WITH MY MANUSCRIPT FOR 'FINDING NORMA JEANE' ONLY I DIDN'T KNOW HE HAD STOLEN IT. IN 2021 WARREN O. CRABB, ENTERED INTO CONTRACT WITH ANDREW BARN-HART OF FULTON BOOKS TO REPRODUCE AND PUBLISH AN UNEDITED VERSION OF THE MANUSCRIPT WHICH NOT ONLY COST ME INCALCULATEABLE AMOUNTS OF MONEY. IT/THEY HAVE COST ME THE LOVE AND AFFECTION MY FAMILY AND CAUSED THE MISCARRAGE OF MY CHILD AND THE LOSS OF THE CHILDS MOTHER.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

FOR STARTER'S I WANT TWO HUNDRED FIFTY THOUSAND FROM WARREN O. CRABB, C.E.O. ANDREW BARNHART AND FULTON BOOKS EACH, INDIVIDUALLY. TO BE FULLY COMPENSATED FOR EVERY UN-AUTHOR-IZED REPRODUCTION OF 'FINDING NORMA JEANE' (THE MEMOIRS OF.....), TO HAVE AN INJUNCTION PLACED ON FULTON BOOKS, FORCING THEM TO STOP SALES OF 'FINDING NORMA JEANE' (THE MEMOIRS OF.....), AND REMOVE IT FROM THEIR CATALOG OF BOOKS, TAKEN OUT OF EVERY STORE OR

ONLINE VENDOR. TO HAVE BOTH WARREN D. CRABB, AND ANDREW BARN-HART, CRIMINALLY PROSECUTED, FOR THEIR KNOWING AND WILLING INFRINGEMENT OF MY COPYRIGHTED AND REGISTERED MANUSCRIPT IN VIOLATION OF U.S. COPYRIGHT LAWS. FOR THEIR PERSON GAIN. TO BE AWARDED ATTORNEY FEE'S AS WELL AS ALL OTHER MONETARY AND PUNITIVE AWARDS THE COURT SEES FIT TO GRANT.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-5-2023

Signature of Plaintiff: *Joseph M. Mortenson, B.A.*

Printed Name of Plaintiff: Joseph M. Mortenson

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

## Un Notarized Certificate Of Service

I declare under penalty of perjury that I am the petitioner/plaintiff. I have read this complaint, and the information in this complaint is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Done on this date: 6/5/2023

Witness #1
Sign: _____
Print: Steven Erickson
Date: 6-5-2023

/S/ Joseph M. Mortenson #4867699
860 Camp Road
Cocoa, Florida
32927

Witness #2
Sign: _____
Print: Leon D. Bell
Date: 6-5-2023